In the Matter of the Application of The City of New York, Appellant, to Acquire Certain Real Estate at Valley Stream, etc., in the Town of Hempstead, in the County of Nassau, for the Purposes of Water Supply. Frederic N. Watriss and Others, Commissioners of Appraisal, Respondents.— Reargument ordered, and case set down for Monday, November 13, 1911. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ.

John Mueller, Respondent, v. American Ice Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.